**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASIEL HERNANDEZ TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES JANECKA, et al.,<br><br>    Defendants. | Case No. ED CV 25-03002 FMO (SSCx)<br><br>**ORDER RE: NOTICE OF PETITIONER'S TRANSFER OUTSIDE OF THE JURISDICTION** |

The court has reviewed Yasiel Hernandez Trujillo's ("petitioner") Emergency Notice of Petitioner's Transfer Outside of the Jurisdiction and Request for Remedial Interim Order, (Dkt. 8), and will construe the notice as a Motion for Status Report as to Petitioner's Custody ("Motion").

Accordingly, IT IS ORDERED THAT:

1. By no later than **5:00pm** on **November 21, 2025**, respondents shall file a response to the Motion, supported by a declaration signed by counsel, explaining when petitioner was transferred out of the District, why this was done in contravention of court order, (see Dkt. 4, Court's Order of November 10, 2025 at ¶ 1), where, and under whose custody, is petitioner currently being detained, and when respondents anticipate that petitioner will be returned to this district.

/ / /

/ / /

2. Respondents are again cautioned that, following petitioner's return to this district, he may not be removed from the Central District of California pending further order of the court.

Dated this 20th day of November, 2025.

                                                      /s/
                                 Fernando M. Olguin
                             United States District Judge