JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIEL HERNANDEZ TRUJILLO, | Case No. ED CV 25-3002 FMO (SSC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES JANECKA, et al., | |
| Respondents. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 12th day of January, 2026.

/s/
Fernando M. Olguin
United States District Judge